IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR SANCHEZ SEPULVEDA,<br><br>           Petitioner,<br><br>      vs.<br><br>UNITED STATES OF AMERICA,<br><br>           Respondent. | No. CV-F-07-321 OWW<br>(No. CR-F-02-5408 OWW)<br><br>ORDER DIRECTING CLERK OF<br>COURT TO RE-SERVE PETITIONER<br>WITH DOCS. 368 AND 371<br>PURSUANT TO PETITIONER'S<br>MOTION (Doc. 376) |

By motion filed on April 22, 2008 (Doc. 376), Petitioner asserts that he was not served with the Order Denying Petitioner's Motion to Vacate, Set Aside or Correct Sentence filed on March 26, 2007 (Doc. 368), or the Order Denying Petitioner's Motion for Clarity as Moot and Declining to Issue Certificate of Appealability filed on August 16, 2008 (Doc. 371).

The Court's docket in this action shows that Petitioner was served by mail at his correct address with both Orders on the dates they were filed and that this mail has not been returned to the Court as undeliverable.  Nonetheless, the Court directs the

1

1 | **Clerk to re-serve Petitioner with Docs. 368 and 371.**
2 |     IT IS SO ORDERED.
3 | **Dated:   April 28, 2008**        /s/ **Oliver W. Wanger**
           UNITED STATES DISTRICT JUDGE